man, *Assistant Attorney General Vanech, Roger P. Marquis* and *Harold S. Harrison* for the United States. ■

No. 459. Lazarov, doing business as Tennessee Metal Products Co. et al., *v.* Arnold Schwinn & Co. C. A. 6th Cir. Certiorari denied. *Lovick P. Miles* for petitioner. *Hamilton E. Little* for respondent. ■

No. 460. McKillop *v.* Iowa. Supreme Court of Iowa. Certiorari denied. *Clarence I. Spencer* for petitioner. ■

No. 468. Moleton *v.* Union Pacific Railroad Co. et al. Supreme Court of Utah. Certiorari denied. *Calvin W. Rawlings* and *Parnell Black* for petitioner. *T. W. Bockes* for respondents. ■

No. 470. Adriaanse *v.* United States. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Clapp* and *Paul A. Sweeney* for the United States. ■

No. 471. Davis *v.* United States. C. A. 9th Cir. Certiorari denied. *Clifton Hildebrand* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States. ■

No. 478. Mine Hill & Schuylkill Haven Railroad Co. *v.* Smith, Collector of Internal Revenue. C. A. 3d Cir. Certiorari denied. *Morse Garwood* and *Harold*

*Evans* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for respondent.

No. 480. HANNA ET AL., DOING BUSINESS AS HERCULES COMPANY, *v.* THE METEOR ET AL. C. A. 2d Cir. Certiorari denied. *William R. Furlong* for petitioners. *Bernard Tompkins* for respondents.

No. 482. TUCKER ET AL. *v.* CUTLER. C. A. 6th Cir. Certiorari denied. Petitioners *pro se. Henry J. Cook, Carl H. Ebert* and *Walter J. Burke* for respondent.

No. 485. QUINCY *v.* TEXAS COMPANY ET AL. C. A. 10th Cir. Certiorari denied. *H. A. Ledbetter* for petitioner. *B. W. Griffith* and *A. Camp Bonds* for respondents.

No. 487. EDMONDSTON *v.* MOORE (MOHR) ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Acting Assistant Attorney General Clapp, Paul A. Sweeney* and *Herman Marcuse* for Moore (Mohr) et al., respondents.

No. 489. BOARD OF ZONING APPEALS OF HEMPSTEAD ET AL. *v.* CLARK ET AL. Court of Appeals of New York. Certiorari denied. *Louis A. D'Agosto* for petitioners. *Theodore L. Bailey* for respondents.

No. 491. SMOOT SAND & GRAVEL CORP. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David R. Shelton* and *Aaron L. Ford* for petitioner. *Vernon E.*